JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  415.436.7324
    Facsimile:  415.436.7234
    E-mail: susan.b.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09-1586 CRB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER CONTINUING JULY 17, 2009, CASE MANAGEMENT CONFERENCE |
| APPROXIMATELY $43,900 IN UNITED STATES CURRENCY; | |
| APPROXIMATELY $69,580 IN UNITED STATES CURRENCY, | |
| Defendants. | |

**GOOD CAUSE APPEARING,** the case management conference currently scheduled for July 17, 2009, at 8:30 a.m. is continued to August 21, 2009, at 10:00 a.m. immediately following the hearing on the United States' Motion for Default.

_____
HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] Order Cont. July 17, 2009, CMC
CV 09-1586 CRB